[No. 36907-5-I.    Division One.    November 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DIVINE IRVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-00673-8, Bobbe J. Bridge, J., entered June 19, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 37127-4-I.    Division One.    November 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PATRICK PERDANG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02798-5, George T. Mattson, J., entered July 17, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37635-7-I.    Division One.    November 25, 1996.]

KURT ZWAR, ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-04603-7, Nancy Ann Holman, J., entered August 18, 1995. *Reversed* by unpublished opinion per Becker, J., concurred in by Webster and Ellington, JJ.

[No. 38106-7-I.    Division One.    November 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MENDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06815-1, Linda Lau, J., entered February 5, 1996. *Reversed* by unpublished per curiam opinion.